# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| Plaintiff, | | CR-14-2-H-CCL-JTJ |
| v. | | ORDER |
| **JAMES HENRY HERNANDEZ, JR.**, | | |
| Defendant. | | |

Defendant James Hernandez through his attorney of record, Wendy Holton, has moved this Court to allow U.S. Probation Officer Ashley Tierney to release the evaluation conducted at FDC SeaTac prior to his initial sentencing in this case to the current counsel of record. The motion is unopposed. For good cause shown,

**IT IS HEREBY ORDERED** that Clerk of Court will allow Wendy Holton and Jared Cobell, current counsel of record in this case, access to the evaluation of Mr. Hernandez, (Doc. 29).

Dated this 11th day of October, 2018.

_____
John Johnston
United States Magistrate Judge